**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

SHAFER REDI-MIX, INC.,
Plaintiff,

v.                                                                                    CIVIL NO. 05-CV-71616-DT

LOCAL 164, INTERNATIONAL
BROTHERHOOD OF TEAMSTERS, AFL-CIO,
Defendant.
_____/

**ORDER OF DISMISSAL**

The court having been advised by counsel for Plaintiff that the above-entitled action has been settled by mutual agreement,

**IT IS ORDERED** that the above-entitled action be **DISMISSED** without prejudice to the right of Plaintiff to move within sixty (60) days to vacate this Order if the terms of the settlement are not reduced to writing and signed as contemplated in the settlement as related to the court today. After 60 days, this dismissal becomes **with prejudice**. Within such 60 days the parties may move to supersede this order with one of their design.

 S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  August 10, 2005

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 10, 2005, by electronic and/or ordinary mail.

 S/Lisa G. Teets
Case Manager and Deputy Clerk
(313) 234-5522